# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

VIKTOR RADOSAVLJEVIC,

Appellant,

v.

SARASOTA COUNTY SHERIFF'S OFFICE,

Appellee.

No. 2D2023-2194

_____

May 22, 2024

Appeal from the Circuit Court for Sarasota County; Charles Williams, Judge.

Joshua L. Monteiro of Sammis Law Firm, P.A., Tampa, for Appellant.

Alyssa Claseman, Assistant General Counsel, and Julie L. Herd, General Counsel (substituted as counsel of record), Sarasota, for Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, MORRIS and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication